IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  88-CR-000299-SGF

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

STEPHEN MORALEZ,

        Defendant.

_____

ENTRY OF APPEARANCE
_____

    COMES NOW, Elizabeth M. Froehlke, Special Assistant United States Attorney, and enters her appearance as counsel for the Plaintiff in the above-captioned action.

    DATED this 17th day of June, 2014.

                JOHN F. WALSH
                United States Attorney

                s/Elizabeth M. Froehlke
                ELIZABETH M. FROEHLKE
                Special Assistant U.S. Attorney
                1225 17th Street, Suite 700
                Denver, CO 80202
                Telephone: 303-454-0100
                Fax: 303-454-0407
                E-mail:  Elizabeth.Froehlke@usdoj.gov
                Counsel for United States

CERTIFICATE OF MAILING

      I hereby certify that on June 17, 2014, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following email addresses:

Elizabeth.Froehlke@usdoj.gov

      In addition, I hereby certify that I have mailed or faxed the document to the following non CM/ECF participants:

Address of Defendant:

Stephen Moralez
402 Pine Street, Apt. 3
Mill Valley, CA  94941

      s/Patricia McGee-Wake
      Office of the U.S. Attorney