IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  88-CR-000299-EWN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

STEPHEN MORALEZ,

        Defendant,

  and

TRUEBLUE, INC.,

        Garnishee.
_____

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT
_____

    Plaintiff, United States of America, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against Defendant Stephen Moralez, SSN ***-**-0462, whose last known address is 402 Pine Street, Apt. 3, Mill Valley, CA 94941 in the above cited action in the amount of $15,000.00.  A balance of $11,610.04 remains outstanding.

    Demand for payment of the above-stated debt was made upon the Defendant not less than 30 days from the date of this Application and Defendant has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment Defendant, or is in possession of property of the Defendant, and said property is a nonexempt interest of the Defendant.

The name and address of the Garnishee or his authorized agent is:

Trueblue, Inc.
Attn: Garnishments
P.O. Box 2910
Tacoma, WA 98401

Dated this 17th day of June 2014.

                                                Respectfully submitted,

                                                JOHN F. WALSH
                                                United States Attorney

By:    s/ Elizabeth M. Froehlke
        ELIZABETH M. FROEHLKE
        Special Assistant U.S. Attorney
        1225 Seventeenth Street, Suite 700
        Denver, CO 80202
        303-454-0126
        Fax: 303-454-0407
        Elizabeth.Froehlke@usdoj.gov

        Attorneys for Plaintiff
        United States of America