AO 245 S (3.88) Sheet 1 - Judgment Including Sentence Under the Sentencing Reform Act

# United States District Court

District of __COLORADO__

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 22 1989
JAMES R. MANSPEAKER
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT INCLUDING SENTENCE** |
| V. | **UNDER THE SENTENCING REFORM ACT** |
| STEPHEN MORALEZ | Case Number   88-CR-299-1 |
| (Name of Defendant) | P. Arthur Tague |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____.
☒ was found guilty on count(s) __1, 2 and 3 of the Indictment__ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to distribute a schedule II controlled substance (Marijuana) | 1 |
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute a Schedule II controlled substance (Marijuana) | 2 |
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute a schedule II controlled substance (Marijuana) | 3 |

The defendant is sentenced as provided in pages 2 through __5__ of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____, and is discharged as to such count(s).
☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.
☐ The mandatory special assessment is included in the portion of this Judgment that imposes a fine.
☐ It is ordered that the defendant shall pay to the United States a special assessment of $ _____, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec. Number: _____

Defendant's mailing address:
-
-

Defendant's residence address:
same

May 15, 1989
Date of Imposition of Sentence

_(signature)_
Signature of Judicial Officer

SHERMAN G. FINESILVER, Chief Judge
Name & Title of Judicial Officer

May 22, 1989
Date

AO 245 S (3/88) Sheet 2 - Imprisonment

Defendant: Stephen Moralez  
Case Number: 88-CR-288-1  
Judgment—Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of __eighty-seven (87) months as to Count 1.__ .

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of eighty-seven (87) months as to Count 2, said term is to run concurrent with the sentence imposed in Count 1.

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of sixty (60) months as to Count 3. Said term is to run concurrent with the sentence imposed in Counts 1 and 2.

It is further ordered that the defendant shall be given credit for 211 days time already served in federal custody.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.  
☐ The defendant shall surrender to the United States Marshal for this district,

☐ at _____ a.m./p.m. on _____ .

☐ as notified by the Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____  
_____  
_____  

Defendant delivered on _____ to _____ at _____ , with a certified copy of this Judgment.

United States Marshal

By _____  
Deputy Marshal

Defendant: Stephen Moralez
Case Number: 88-CR-299-1

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _____

three years as to Couns 1, 2 and 3, all to run concurrent with each other.

While on supervised release, the defendant shall not commit another Federal, state, or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

☐ The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

1) Defendant shall not purchase or possess a firearm or other dangerous weapon.
2) Defendant shall make payments on his fine, as directed by the Probation Officer.

AO 245 S (3/88) Sheet 5 - Standard Conditions of Probation

Judgment—Page __4__ of __5__

Defendant: Stephen Moralez
Case Number: 88-CR-299-1

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) The defendant shall not commit another Federal, state or local crime;

2) the defendant shall not leave the judicial district without the permission of the court or probation officer;

3) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5) the defendant shall support his or her dependents and meet other family responsibilities;

6) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;

8) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

10) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

AO 245 S (3/88) Sheet 6 - Fine With Special Assessment

Judgment—Page __5__ of __5__

**Defendant:** Stephen Moralez
**Case Number:** 88-CR-299-1

### FINE WITH SPECIAL ASSESSMENT

The defendant shall pay to the United States the sum of $ __15,150.00__ , consisting of a fine of $ __15,000__ and a special assessment of $ __150.00__ .

☐ These amounts are the totals of the fines and assessments imposed on individual counts, as follows:

The Crime Victim Fund of $50.00 as to Counts 1, 2 and 3 shall be paid within 90 days of release from confinement.

This sum shall be paid ☐ immediately.
☒ as follows:

within five years after release from confinement. The Court orders the U.S. Attorney's office to file liens in Otero County, NM and Denver, CO.

☐ The Court has determined that the defendant does not have the ability to pay interest. It is ordered that:

☒ The interest requirement is waived.
☐ The interest requirement is modified as follows: